UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:                                                       )
                                                             ) Chapter 7
                                                             )
                                                             ) Case No. 18-22932-RDD
EMC HOTELS AND RESORTS LLC,                                  )
                                                             ) ORDER TO SHOW CAUSE
                                                             ) FOR THE APPOINTMENT OF
                                                             ) AN INTERIM TRUSTEE
                         Debtor.                             )
------------------------------------------------------------x

Upon the affidavits of Howard Dean, Kerry Wellington, Don Wellington and John Burrell, sworn to the 29th day of June, 2018, and the affirmation of Joseph E. Sarachek, upon the copy of the *Motion For The Appointment Of An Interim Trustee* hereto annexed, it is

**ORDERED**, that the above named defendant show cause before the United States Bankruptcy Court for the Southern District of New York at Room _____, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, on _____, 2018 at _____ o'clock in the _____ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 11 U.S.C. § 303(g) and Rule 701 of the Federal Rules of Bankruptcy Procedure appointing an interim Chapter 7 trustee in the above proceeding; and it is further

**ORDERED** that, sufficient reason having been shown therefor, pending hearing of petitioner's application for appointment of an interim trustee pursuant to 11 U.S.C. § 303(g) and Rule 701 of the Federal Rules of Bankruptcy Procedure, the Debtor and any individuals that own or work for the Debtor, are restrained from using accounts or assets of the Debtor for any purpose other than for the ordinary operation of the Time Hotel; and it is further

**ORDERED**, that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ o'clock in the _____ on _____, 2018, shall be deemed good and sufficient service thereof.

Dated:_____, 2018
White Plains, New York

                                                              _____
                                                              The Honorable Robert D. Drain
                                                              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:                                                      :
                                                            :       Chapter 7
                                                            :
EMC HOTELS AND RESORTS LLC,                                 :       Case No. 18-22932-RDD
                                                            :
                                                            :       **AFFIRMATION OF**
                                                            :       **JOSEPH E. SARACHEK**
                                                            :
                Debtor.                                     :
------------------------------------------------------------x

1. I am an attorney admitted and in good standing in New York and represent the Petitioners and movants in this case.

2. The main reasons it is necessary to appoint an interim Trustee is because Edgar Melo Costa, an individual who is asserting control of the Debtor has recently transferred funds from the Debtor's accounts to his personal accounts while the Debtor is not meeting its obligations to creditors. I have been informed that on several occasions recently, the Debtor has missed its scheduled payroll. There are also numerous instances where it appears Costa has committed fraud.

3. The Time Hotel is operating without proper licenses, including a Certificate of Occupancy for the Hotel, restaurant and pool and may present a danger to the public.

4. Other salient facts supporting appointment of a Trustee are set forth in the affidavits of Howard Dean, Kerry Wellington, Don Wellington, and John Burrell, all attached to the movants' papers.

_____
Joseph E. Sarachek

Dated: June 29, 2018
New York, NY. 10178