

**Robert L. Rattet**
Partner
Phone: 914.381.7400
Fax: 914.381.7406
rrattet@rattetlaw.com

July 2, 2018

***Via ECF and Email***

Honorable Robert D. Drain
United States Bankruptcy Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    EMC Hotels and Resorts LLC f/k/a WY Time
             Hotel, LLC f/k/a NYLO Nyack LLC and WYINC Development LLC f/k/a
             WY Hospitality and Real Estate Group LLC f/k/a WY Management
             Case No. 18-22932 (RDD)

Dear Honorable Judge:

      We are writing in response to the letter of Mr. Sarachek dated July 2, 2018. We have been advised by Edgar Costa, the Debtor's principal that he returned to New York from Portugal in the early morning hours. Our office reiterates the remainder of the letter filed earlier this morning.

      If you have any questions, please do not hesitate to contact this office.

                    Respectfully,

                    RATTET PLLC

                    /s/ Robert L. Rattet, Esq.

                    _____

                    Robert L. Rattet, Esq.



Honorable Robert D. Drain
July 2, 2018
Page -2-

cc:     (BY ELECTRONIC MAIL)

Mitchell Greene, Esq.
Robinson Brog Leinwand Greene Genovese &
Gluck, P.C.
Attorneys for HHM Nyack, LLC,

Paul Schwartzberg, Esq.
Office of the United States Trustee

Joseph E. Sarachek, Esq.
The Sarachek Law Firm
Attorneys for Petitioning Creditors and
John Krupa

Michael Lawrence Simes, Esq.
McGuireWoods LLP
Attorneys for Kerry Wellington

Mitchell Pollack, Esq.
Marvin M. Kelly, Esq.
Law Office of Mitchell Pollack
Attorneys for Howard Dean

Alex Spiro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
Counsel for Edgar Costa

Daniel Mach, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
Counsel for Edgar Costa

Jared R. Clark
Phillips Nizer, LLP
Attorneys for Bank Hapoalim

Mr. Edgar Costa
EMC Hotels and Resorts LLC
RLR/