The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY. 10178
212 808-7881

July 2, 2018

<u>Via ECF and Email</u>

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY. 10601

    Re: EMC Hotels and Resorts LLC f/k/a WY Time Hotel, LLC f/k/a NYLO Nyack LLC
    And WYINC Development LLC f/k/a WY Hospitality and Real Estate Group LLC f/k/a
    <u>WY Management. Case No. 18-22932</u>

Dear Judge Drain:

This letter is in response to Mr. Rattet's letter dated July 2, 2018. In contradiction to what Mr. Rattet represents in his letter, Mr. Edgar Melo Costa, is not in Spain or Portugal, he is in New York City. This is just another lie by Mr. Costa intended to delay the appointment of a Trustee and further impair the interests of creditors and stakeholders.

For the reasons set forth in our motion papers, we respectfully request a hearing be scheduled at your earliest convenience to appoint an interim trustee.

                Respectfully submitted,

                /s/Joseph E. Sarachek

                Joseph E. Sarachek

Cc: Robert L. Rattet, Esq.
     Michael Simes, Esq.
     Mitchell Pollack, Esq.
     Mitchell Greene, Esq.
     Jared Clark, Esq.
     Alex Spiro, Esq.
     Paul Schwartzberg, Esq