```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
In re                                                   :   Chapter 11
                                                        :
EMC HOTELS AND RESORTS, LLC,                            :
                                                        :   Case No. 18-22932 (RDD)
                                                        :
                Debtor.                                 :
--------------------------------------------------------X
```

## NOTICE OF APPOINTMENT OF TRUSTEE

To: Fred Stevens, Esq.,

You are hereby notified of your appointment as Chapter 11 trustee of the estate of the above-captioned Debtor, subject to Court approval.

Dated: New York, New York
      July 25, 2018                              Respectfully submitted,

                                                      WILLIAM K. HARRINGTON
                                                    UNITED STATES TRUSTEE, REGION 2

                                 By:    */s/ Paul K. Schwartzberg*
                                           Andrea Schwartz
                                           Paul Schwartzberg
                                           Trial Attorneys
                                           Office of the United States Trustee
                                           201 Varick Street, Room 1006
                                           New York, NY 10014
                                           (212) 510 0500